UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In Re:  
CARL D MADISON  
2857 GAMBLEWOOD DR  
COLUMBUS, OH  43219

CARLINE R MADISON  
2872 Chimney Point Dr  
Columbus, OH  43231

SSN(S):    XXX-XX-7231  
           XXX-XX-6438

Case No:   04-68474

Judge:     John E. Hoffman Jr.

**NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:  June 21, 2010

/s/ Frank M. Pees  
Frank M. Pees  
Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| CARL D MADISON & CARLINE R MADISON<br>2857 GAMBLEWOOD DR<br>COLUMBUS, OH  43219 | 17.45 |